**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 01:40 PM July 9, 2018**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DANIEL P. KARIPEDES, | ) | CASE NO. 17-61935 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER SETTING** |
| | ) | **SHOW CAUSE HEARING** |

    Chapter 13 trustee Toby L. Rosen filed Motion for Order Requiring Debtor and Debtor's Counsel to Appear and Show Cause. The court hereby schedules a show cause hearing for **July 18, 2018** at **2:00 p.m.** Debtor and Debtor's counsel are required to appear personally. The hearing will be held before the Honorable Russ Kendig in the courtroom of the United States Bankruptcy Court, Ralph Regula Federal Building and United States Courthouse, 401 McKinley Ave., S.W., Canton, Ohio.

    It is so ordered.

                       #        #        #

**Service List:**

Daniel P. Karipides
3814 Southway Street SW
Massillon, OH 44646-9497

Toby L Rosen, Trustee
400 W Tuscarawas Street
Citizens Bank Bldg, 4th Floor
Canton, OH 44702

Matthew Petit
116 Cleveland Avenue N Suite 808
Canton, OH 44702